IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

MARYANN LUCAS                                                                                                  PLAINTIFF

v.                                                                                  CIVIL ACTION NO. 4:23-CV-206-SA-JMV

ALLEGIANCE SPECIALTY HOSPITAL
OF GREENVILLE, LLC                                                                                             DEFENDANT

FINAL JUDGMENT

Consistent with the Order and Memorandum Opinion issued this day, the Plaintiff's claims are DISMISSED *with prejudice*. This CASE is CLOSED.

THIS the 28th day of July, 2025.

/s/ Sharion Aycock
SENIOR UNITED STATES DISTRICT JUDGE